■ Choo Choo Cafe, Inc., Respondent, v State of New York, Appellant. (Claim No. 66354.) 

 Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.